# I N THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH HEINZL, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BOSTON MARKET CORPORATION,<br><br>        Defendant. | Case No. 2:14-cv-00997<br><br>Filed Electronically |

## STIPULATION OF DISMISSAL

Plaintiff, Sarah Heinzl, and Defendant, Boston Market Corporation, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully Submitted,

/s/ Benjamin J. Sweet
Benjamin J. Sweet (ID No. 87338)
R. Bruce Carlson  (ID No. 56657)
Stephanie Goldin  (ID No. 202865)
CARLSON LYNCH SWEET &
KILPELA, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
(412) 231-0246 (Facsimile)
bcarlson@carlsonlynch.com
bsweet@carlsonlynch.com
sgoldin@carlsonlynch.com

Attorneys for Plaintiff

/s/ Julie R. Trotter
Julie R. Trotter (CA 209675) (*Pro Hac Vice*)
Melinda Evans (CA 216594) (*Pro Hac Vice*)
Michael S. Orr (CA 196844) (*Pro Hac Vice*)
Call & Jensen, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Office: (949) 717-3000
Fax: (949) 717-3100
jtrotter@calljensen.com
mevans@calljensen.com
msorr@calljensen.com

Alisa N. Carr (PA 56658)
Leech Tishman
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Office: (412) 261-1600
acarr@leechtishman.com

Attorneys for Defendant